Wilbur Burde, a minor, by William Burde, his father and next friend, defendant in error, v. Wilcox Transportation Company, plaintiff in error. Gen. No. 34,759.

Opinion filed June 15, 1931.

B. M. Shaffner, for plaintiff in error.   V. Russell Donaghy, for defendant in error; Stuart B. Krohn, of counsel.

Mr. Justice Friend delivered the opinion of the court.